JAP:DMB

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

KENNETH WINDLEY,

            Defendants.

- - - - - - - - - - - - - - - - -X

COMPLAINT AND AFFIDAVIT
IN SUPPORT OF APPLICATION
FOR ARREST WARRANT

(T. 18, U.S.C.
§§ 922(g)(1))

EASTERN DISTRICT OF NEW YORK, SS:

       ISMAEL HERNANDEZ, being duly sworn, deposes and says

that he is a Special Agent with the Bureau of Alcohol, Tobacco,

Firearms and Explosives ("ATF"), duly appointed according to law

and acting as such.

       Upon information and belief, on or about November 1,

2005, within the Eastern District of New York, the defendant

KENNETH WINDLEY, having been convicted in a court of a crime

punishable by imprisonment for a term exceeding one year, did

knowingly and intentionally possess in and affecting commerce a

firearm, to wit: a 22 caliber Jennings semi-automatic pistol.

       (Title 18, United States Code, Section 922(g)(1)).

       The source of your deponent's information and the

grounds for his belief are as follows[1]:

---

[1]/Because this affidavit is submitted for the limited purpose of
establishing probable cause to arrest, I have not set forth every

1.  I have been a Special Agent with ATF for approximately five years.  My information in this case comes from a review of New York City Police Department ("NYPD") records, conversations with NYPD officers, and other official records of government agencies.

2.  On or about November 1, 2005, at approximately 11:55 p.m., NYPD Officer Edgar Bourdon of the 77th Precinct Anti-Crime Unit was on routine patrol with three other officers in an unmarked vehicle in the vicinity of Atlantic Avenue and Brooklyn Avenue in Brooklyn, New York.  Officer Bourdon received a radio dispatch of a robbery in progress in the vicinity of Nostrand Avenue and Atlantic and Pacific Avenues in Brooklyn, New York. The dispatch included a description of the perpetrator as a black male wearing a black hoody sweatshirt, black cap, and blue jeans.

3.  At approximately that time, Officer Bourdon and his fellow officers drove down Atlantic Avenue toward Nostrand Avenue, and observed two males walking in the vicinity of Atlantic Avenue and Bedford Avenue.  One of the two men, later identified as the defendant KENNETH WINDLEY, was wearing a black hoody sweatshirt and cargo pants.  The defendant's face was marked by sweat.

fact learned during the course of this investigation.

2

4.    At approximately that time, the four officers left the unmarked car to approach the defendant KENNETH WINDLEY.  The officers had their NYPD shields displayed around their necks.

5.    Upon seeing the NYPD officers, the defendant KENNETH WINDLEY immediately placed his hands in the air and stated, in sum and substance, "I have a .22 in my pocket." Immediately thereafter, the defendant's companion stated, in sum and substance, "I have a knife."

6.    Officer Bourdon and his fellow officers then approached and frisked the defendant KENNETH WINDLEY.  In his right pants pocket, they found an unloaded Jennings .22 caliber semiautomatic pistol.

7.    The defendant KENNETH WINDLEY is currently being held in state custody.  I have reviewed criminal history records for the defendant, which reveal that the defendant has been convicted of at least the following crimes: on April 4, 1991, the defendant was convicted in Kings County Supreme Court of Criminal Possession of a Weapon in the Third Degree, a Class D felony; also on April 21, 1994, the defendant was convicted after trial in Kings County Supreme Court of Robbery in the First Degree (Forcible Theft Armed with a Deadly Weapon), a Class B felony, Robbery in the Second Degree (Aided by Another), a Class C felony, and Grand Larceny in the Fourth Degree (Property Taken

3

from Person), a Class E felony, for which he was sentenced to eight to sixteen years in prison. The defendant was released from prison on August 4, 2003.

8.    I haven spoken with an ATF interstate nexus expert, who informs me that the above-mentioned Jennings .22 caliber semiautomatic pistol was manufactured outside the State of New York.

WHEREFORE, your deponent respectfully requests that an arrest warrant be issued for the defendant KENNETH WINDLEY, so that he may be dealt with according to law.

_____
Ismael Hernandez
Special Agent
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Sworn to before me this
3rd day of November, 2005

GE
EASTERN DISTRICT OF NEW YORK